1
2
3
4          UNITED STATES DISTRICT COURT
5          DISTRICT OF NEVADA
6                    * * *
7  MARIA E. KIENER,                    Case No. 2:16-cv-01616-JCM-PAL
8                        Plaintiff,              ORDER
9      v.
10 BANK    OF    AMERICA,    NATIONAL
   ASSOCIATION, et al.,
11
                        Defendants.
12

13          Before the court is the Notice of Settlement (ECF No. 18) between Plaintiff and

14  Defendant Equifax Information Services, LLC ("Equifax") advising the court that a settlement

15  has been reached between these parties.   The parties request 60 days to finalize settlement

16  paperwork and file a stipulation to dismiss.  Accordingly,

17          **IT IS ORDERED** that the parties shall have until **November 7, 2016,** to file a stipulation

18  to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

19          DATED this 23rd day of September, 2016.

20

21                                          _____
22                                          PEGGY A. LEEN
                                            UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28